No. 2459.—EL PUEBLO, apdo., *v.* CORA, aplte.—C. D. Guayama. Abril 27, 1925. Portar armas. Apareciendo que el único error señalado se refiere a un conflicto en la prueba presentada en la corte sentenciadora sin que aparezca que dicha corte cometiera error al apreciarla, *se confirma* la sentencia apelada.

Nos. 3501.—DEL LLANO, apdo. *v.* TOSSAS, aplte.—C. D. Mayagüez.—3514.—TORO, aplte., *v.* DEL LLANO ET AL., apdos.— C. D. Ponce. Abril 30, 1925. No habiendo el apelante radicado su alegato dentro de la prórroga concedida por esta corte y no cumpliendo dicho alegato, que fué sometido algunos días después, con el Reglamento de este tribunal y no habiendo tampoco presentado el apelante excusa válida por este incumplimiento, *se desestima* la apelación.

No. 86.—EX PARTE B. PANIAGUA, peticionario, *v.* EL PUEBLO, opositor.—*Habeas Corpus.* Mayo 1, 1925. Vista la moción de desistimiento del peticionario, se le tiene por desistido de la apelación contra la sentencia de este tribunal para ante la Corte Suprema de los Estados Unidos.

No. 3624. — LA IGLESIA CATÓLICA APOSTÓLICA Y ROMANA, aplte., *v.* FOURNIER, apdo.—C. D. San Juan, Sección 2ª. Mayo 1, 1925. Memorándum de costas. A la moción de reconsideración *no ha lugar.* De la misma moción del apelado consta que la estipulación a que se refiere fué la de someter el asunto "por mérito de los autos", y de la certificación acompañada a la impugnación del apelante aparece que se archivó en tiempo una exposición, cuya naturaleza desconoce esta corte, que pende en la actualidad de la aprobación del tribunal sentenciador.

No. 3584.—CARRIÓN, aplte., *v.* NADAL ET AL., apdas.—C. D. Mayagüez. Mayo 8, 1925. No estando en condiciones la corte de poder decir que sea exagerada la suma de honorarios concedida, especialmente en ausencia de un récord completo de la prueba, *se confirma* la resolución apelada.